1

2

3

4

5

6

7

8

9

10

11

12                          UNITED STATES DISTRICT COURT

13                          NORTHERN DISTRICT OF CALIFORNIA

14

15   ACANTHA LLC,                          | Civil Action No. 3:19-CV-05604

16                      Plaintiff,

17          v.                             | ORDER DENYING ADMINISTRATIVE
                                             MOTION TO FILE UNDER SEAL
18   STRYKER SPINE SA and STRYKER          | COMPLAINT AND EXHIBITS
     CORPORATION,
19
                        Defendants.
20

21

22

23          This matter comes before the Court on Plaintiff's Administrative Motion to File Under

24   Seal Complaint and Exhibits, filed on September 5, 2019, pursuant to Civil L.R. 7-11 and 79-5,

25   on the ground that the information Plaintiff seeks to seal is confidential commercial information

26   contained in contracts between the parties that are subject to confidentiality obligations to

27   Defendants.

28

| Document | Portion to be Sealed |
|----------|---------------------|
| Complaint | 5:21-24<br>8:22-25<br>8:26<br>8:28<br>9:1 |
| Exhibit A | All |
| Exhibit C | All |

Upon consideration of the Administration Motion to Seal to Complaint and Exhibits and the Declaration of Jill M. Manning in support thereof, and the papers submitted in support and in response thereto, the motion is DENIED.

**IT IS SO ORDERED**.


Dated:   September 27, 2019                    _____/s/ Phyllis J. Hamilton_____
                                               United States District Judge



Submitted by:

Bradley W. Caldwell
John Austin Curry
Christopher S. Stewart
**CALDWELL CASSADY & CURRY**
2101 Cedar Springs Road, Suite 1000
Dallas, TX 75201
Telephone:    (214) 888-4848
Email:        bcaldwell@caldwellcc.com
              acurry@caldwellcc.com
              cstewart@caldwellcc.com

Jill M. Manning (CA SBN 178849)
**STEYER LOWENTHAL BOODROOKAS**
  **ALVAREZ & SMITH LLP**
235 Pine Street, 15th Floor
San Francisco, California 94104
Telephone:  (415) 421-3400
E-mail:       jmanning@steyerlaw.com

Attorneys for Plaintiff Acantha LLC

ORDER DENYING ADMINISTRATIVE MOTION TO FILE UNDER SEAL
COMPLAINT AND EXHIBITS                                    CASE NO. 3:19-CV-05604