Scott R. Samay (*pro hac vice*)
Email: ssamay@lernerdavid.com
Keith E. Gilman (*pro hac vice*)
Email: kgilman@lernerdavid.com
Alexander Solo (*pro hac vice*)
Email: asolo@lernerdavid.com
LERNER DAVID LITTENBERG, KRUMHOLZ
& MENTLIK LLP
20 Commerce Drive
Cranford, NJ 07016
Telephone: +1 908 654 5000
Facsimile: +1 908 654 7866

William R. Overend SBN 180209
Email: woverend@reedsmith.com
REED SMITH LLP
101 Second Street
Suite 1800
San Francisco, CA 94105-3659
Telephone: +1 415 543 8700
Facsimile: +1 415 391 8269

Attorneys for Defendant Stryker Spine SA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ACANTHA LLC,<br><br>                Plaintiff,<br><br>   vs.<br><br>STRYKER SPINE SA<br><br>                Defendant. | Case No. 4:19-cv-05604-PJH<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER CONTINUING ADR DEADLINE**<br><br>Honorable Phyllis J. Hamilton |

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

REED SMITH LLP

A limited liability partnership formed in the State of Delaware

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiff Acantha LLC and Defendant Stryker Spine SA ("Stryker"), by and through their undersigned counsel, hereby stipulate to continue the March 31, 2020 date originally selected by the parties, and ordered by the Court (ECF No. 41), as the deadline for conducting ADR proceedings.

The parties are requesting an extension of this deadline in light of scheduling issues that have arisen in part due to the COVID-19 pandemic. State and corporate travel restrictions have affected both parties' ability to travel to an in-person mediation. The parties have discussed conducting a virtual mediation, if necessary, and are in the process of scheduling a mediation before the Honorable Jay Gandhi to occur—either virtually or in person—on June 17, 2020. As a result of the pandemic's continuing impact and the mediator's schedule, the parties respectfully request until June 30 to complete the mediation.

The parties have not previously sought an extension of the ADR deadline. At the parties' request, the Court has previously extended the deadline for Defendants to answer or respond to the Complaint, and the date of the Initial Case Management Conference. The extension requested here would not affect any other deadlines in the case.

Respectfully submitted,

Dated: March 31, 2020                    REED SMITH LLP


By:  _/s/ William Overend[1]_____
       William Overend
       101 Second Street, Suite 1800
       San Francisco, CA 94105-3659
       Telephone: (415) 543-8700
       woverend@reedsmith.com

Dated: March 31, 2020                    LERNER DAVID LITTENBERG KRUMHOLZ & MENTLIK LLP


By:  _/s/ Scott R. Samay_____
       Scott R. Samay (admitted *pro hac vice*)
       Keith E. Gilman (admitted *pro hac vice*)
       Alexander Solo (admitted *pro hac vice*)
       20 Commerce Drive

---

[1]  In compliance with Civil Local Rule 5-1, I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories hereto.

Cranford, NJ 07016
ssamay@lernerdavid.com
kgilman@lernerdavid.com
asolo@LDLKM.COM

*Counsel for Defendant Stryker Spine SA*

Dated: March 31, 2020

STEYER LOWENTHAL BOODROOKAS
ALVAREZ & SMITH LLP


By: *  /s/ Jill M. Manning*
Jill M. Manning
235 Pine Street, 15th Floor
San Francisco, California 94104
Telephone: (415) 421-3400
Facsimile: (415) 421-2234
jmanning@steyerlaw.com

Dated: March 31, 2020

CALDWELL CASSADY & CURRY


By: *  /s/ Christopher S. Stewart*
Bradley W. Caldwell (admitted *pro hac vice*)
John Austin Curry (admitted *pro hac vice*)
Christopher S. Stewart (admitted *pro hac vice*)
2121 N. Pearl Street, 12th Floor,
Dallas, Texas 75201
Telephone: (214) 888-4848
Facsimile: (214) 888-4849
bcaldwell@caldwellcc.com
acurry@caldwellcc.com
cstewart@caldwellcc.com

*Counsel for Plaintiff Acantha LLC*


## <u>ORDER</u>


PURSUANT TO STIPULATION, **IT IS SO ORDERED**. The deadline for the parties to complete Private Mediation ADR is continued from March 31, 2020 to June 30, 2020.



DATED: _____March 31, 2020_____     BY: _____/s/ Phyllis J. Hamilton_____
THE HONORABLE PHYLLIS J. HAMILTON
UNITED STATES DISTRICT JUDGE